UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD C., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CASE NO. 3:24-cv-05984-JHC <br><br> ORDER |

The Court GRANTS Richard C.'s in forma pauperis application, Dkt. # 1, and ORDERS:

1.      The Supplemental Social Security Rules of the Federal Rules of Civil Procedure provide that because Richard C. has electronically filed a complaint seeking review under 42 U.S.C. § 405(g), Richard C. need not serve a summons and a complaint, or file notice of service. The Clerk shall notify the Commissioner of Social Security (the Commissioner) that this action has commenced by transmitting a Notice of Electronic Filing to the Social Security Administration's Office of General Counsel and to the United States Attorney of the Western District of Washington.

2.      The Commissioner shall file a certified copy of the Administrative Record and any affirmative defenses within 60 days of the date of this order.

ORDER - 1

Dated this 3rd day of December, 2024.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 2