UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD C.,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 3:24-cv-05984-JHC

ORDER RE: BRIEFING SCHEDULE

Based on Plaintiff's Unopposed Motion for an Extension of Time, Dkt. # 8, the Court ORDERS the following briefing schedule:

| | |
|---|---|
| Plaintiff's Opening Brief, **limited to 6,300 words**, is due: | **March 19, 2025** |
| Defendant's Response Brief, **limited to 6,300 words**, is due: | **April 18, 2025, or within 30 days of the date the opening is filed, whichever is earlier.** |
| Plaintiff's Optional Reply Brief, **limited to 3,150 words**, is due: | **May 2, 2025, or within 14 days of the date the response is filed, whichever is earlier.** |

ORDER RE: BRIEFING SCHEDULE- 1
3:24-cv-05984-JHC

IT IS SO ORDERED. The Court directs the Clerk to reset the deadlines for the briefing schedule at Dkt. # 7.

DATED this 5th day of February, 2025.

John H. Chun
United States District Judge

ORDER RE: BRIEFING SCHEDULE- 2
3:24-cv-05984-JHC