UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| RICHARD C., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Civil No. 3:24-CV-05984-JHC <br><br><br> ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's unopposed Motion for Extension, it is hereby ORDERED as follows:

- Defendant shall have up to and including May 19, 2025, to file a responsive brief.

- Plaintiff's reply brief shall be due on or before June 2, 2025.

- The Court DIRECTS the Clerk to re-note this matter for June 2, 2025.

DATED this 11th day of April, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Page 1    ORDER - [3:24-CV-05984-JHC]